IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW HAHN and HEATHER HAHN, ) | |
| ) | Case No. 16-cv-6908 |
| Plaintiffs, ) | |
| ) | Judge Robert M. Dow |
| v. ) | |
| ) | Magistrate Judge Sheila Finnegan |
| ANSELMO LINDBERG OLIVER, LLC ) | |
| and WELLS FARGO BANK, N.A., ) | |
| ) | |
| Defendants. ) | |

## ANSELMO LINDBERG OLIVER, LLC'S MOTION TO DISMISS

Defendant, ANSELMO LINDBERG OLIVER, LLC ("ALO"), by its attorneys, David M. Schultz, Justin M. Penn, and Jonathon D. Drews, and pursuant to Federal Rule of Civil Procedure 12 (b)(6) and respectfully moves to dismiss Count I of Plaintiff's Complaint against ALO with prejudice.

ALO incorporates its contemporaneously filed Memorandum of Law in Support of its Motion to Dismiss.

WHEREFORE, defendant, ANSELMO LINDBERG OLIVER, LLC, respectfully requests this Court dismiss Counts I against ALO with prejudice and for any other relief this Court deems appropriate.

Respectfully submitted,

ANSELMO LINDBERG OLIVER, LLC

By: _/s/ Jonathon D. Drews_
Jonathon D. Drews

David M. Schultz
Justin M. Penn
Jonathon D. Drews
HINSHAW & CULBERTSON
222 N. LaSalle Street, Ste 300
Chicago, IL 60601

(312) 704-3000
jpenn@hinshawlaw.com
jdrews@hinshawlaw.com

131480789v1 0989295

## CERTIFICATE OF SERVICE

    I, an attorney, hereby certify that on September 6, 2016, I electronically filed Defendant Anselmo Lindberg Oliver, LLC's Motion to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                */s/Jonathon D. Drews*
                                                Jonathon D. Drews

131480789v1 0989295