## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Andrew Hahn, et al.
                           Plaintiff,

v.                                                     Case No.: 1:16−cv−06908
                                                            Honorable Jorge L. Alonso

Anselmo Lindberg Oliver, LLC., et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 2, 2017:

      MINUTE entry before the Honorable Jorge L. Alonso: Status hearing held. Plaintiffs' counsel advised the Court that they will not be filing an amended complaint. Accordingly, this case is dismissed with prejudice. Civil case terminated. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.